**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| United States of America ex rel. Nadja Yang,<br><br>Plaintiffs,<br><br>v.<br><br>Board of Regents of the University of Michigan, et al.,<br><br>Defendants. | ) | Case No. 2:26-cv-11373<br><br>Hon. Mark A. Goldsmith<br><br>Magistrate David R. Grand |

**NOTICE OF APPEARANCE OF COUNSEL**

Now comes Lisa D. Starks of Barnes & Thornburg LLP as identified in the following signature block and notifies this Court and all parties of record of her appearance as counsel for Defendant Board of Regents of the University of Michigan.

Please provide all notices, pleadings, correspondence, and/or any and all documents relating to this case to Attorney Starks as counsel for Defendant Board of Regents of the University of Michigan.

Dated: October 2, 2026

Respectfully submitted,

*/s/ Lisa D. Starks*
Lisa D. Starks (P-78128)
**Barnes & Thornburg LLP**
171 Monroe Ave. NW, Ste. 1000
Grand Rapids, MI 49503

Phone: (260) 425-4627
Facsimile: (260) 424-8316
Lisa.Starks@btlaw.com
*Attorney for Defendant Board of Regents of the University of Michigan*