**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| United States of America ex rel. Nadja Yang, | ) | Case No. 2:26-cv-11373 |
| | ) | |
| Plaintiffs, | ) | Hon. Mark A. Goldsmith |
| | ) | |
| v. | ) | Magistrate David R. Grand |
| | ) | |
| Board of Regents of the University of Michigan, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2026, I electronically filed: *Notice of Appearance of Counsel* of Lisa D. Starks with the Clerk of Court by using the CM/ECF system, which will send notification of such filing to all parties that have appeared in this matter. I also certify that I have served a copy of the foregoing by email on the following parties:

Nadja Yang
200 E. Liberty Lbby, Unit 7760
Ann Arbor, MI 48107
*Pro Se Plaintiff*
(Email service consented to in writing pursuant to Fed. R. Civ. P. 5(b)(2)(E))

*/s/ Lisa D. Starks*
Lisa D. Starks (P-78128)
**Barnes & Thornburg LLP**
171 Monroe Ave. NW, Ste. 1000
Grand Rapids, MI 49503

Phone: (260) 425-4627
Facsimile: (260) 424-8316
Lisa.Starks@btlaw.com
*Attorney for Defendant Board of Regents of the University of Michigan*