**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| United States of America ex rel. Nadja Yang,<br><br>Plaintiffs,<br><br>v.<br><br>Board of Regents of the University of Michigan, et al.,<br><br>Defendants. | Case No. 2:26-cv-11373<br><br>Hon. Mark A. Goldsmith<br><br>Magistrate David R. Grand |

**NOTICE OF APPEARANCE OF COUNSEL**

Now comes Robert C. Folland of Barnes & Thornburg LLP as identified in the following signature block and notifies this Court and all parties of record of his appearance as counsel for Defendant Board of Regents of the University of Michigan.

Please provide all notices, pleadings, correspondence, and/or any and all documents relating to this case to Attorney Folland as counsel for Defendant Board of Regents of the University of Michigan.

Dated: October 2, 2026

Respectfully submitted,

*/s/ Robert C. Folland*

Robert C. Folland (Ohio Bar No. 0065728)
**Barnes & Thornburg LLP**
41 S. High St., Ste. 3300

Columbus, OH 43215
Phone: (614) 628-0096
Facsimile: (614) 628-1433
Rob.Folland@btlaw.com
*Attorney for Defendant Board of Regents of the University of Michigan*