**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| United States of America ex rel. Nadja Yang,<br><br>Plaintiffs,<br><br>v.<br><br>The Board of Regents of the University of Michigan, et al.,<br><br>Defendants. | ) | Case No. 2:26-cv-11373<br><br>Hon. Mark A. Goldsmith<br><br>Magistrate David R. Grand |

**STIPULATED ORDER FOR AN EXTENSION OF TIME FOR DEFENDANT THE BOARD OF REGENTS OF THE UNIVERSITY OF MICHIGAN TO FILE ITS RESPONSIVE PLEADING TO RELATOR'S COMPLAINT**

Plaintiff/Relator Nadja Yang ("Relator"), proceeding pro se, and Defendant the Board of Regents of the University of Michigan (the "University"), by and through its counsel, pursuant to Local Rule 7.1(a)(1), hereby stipulate and agree that the University shall have up to and including Monday, October 26, 2026, to answer, move or otherwise respond to Relator's Complaint (ECF No. 1), which was unsealed on September 3, 2026 (ECF No. 9), pursuant to the following terms:

1. The University acknowledges service of the summons and Complaint and waives the defenses listed in Fed. R. Civ. P. 12(b)(2), 12(b)(3), 12(b)(4), and 12(b)(5). The University will not assert those defenses by motion or pleading in response to the Complaint or any amended complaint. The University expressly

reserves all other rights and remedies that may be available to it under law and equity.

2. The University consents under Fed. R. Civ. P. 15(a)(2) to the filing of a First Amended Complaint by Relator on or before October 26, 2026, and the University acknowledges that its deadline to respond to any amended pleading would follow in accordance with Fed. R. Civ. P. 15(a)(3).

3. Relator and the University consent in writing, pursuant to Fed. R. Civ. P. 5(b)(2)(E), to service of further pleadings, filings, and other documents by e-mail at nadja@njy.dev for Relator and at Rob.Folland@btlaw.com for the University.

**SO ORDERED.**

Dated: October 8, 2026
Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

**Stipulated and Agreed to by:**

*/s/ Lisa D. Starks*
Lisa D. Starks (P-78128)
**Barnes & Thornburg LLP**
171 Monroe Ave. NW, Ste. 1000
Grand Rapids, MI 49503
Phone: (260) 425-4627
Facsimile: (260) 424-8316
Lisa.Starks@btlaw.com

*/s/ Robert C. Folland*
Robert C. Folland (Ohio Bar No. 0065728)
**Barnes & Thornburg LLP**
41 S. High St., Ste. 3300
Columbus, OH 43215
Phone: (614) 628-0096
Facsimile: (614) 628-1433
Rob.Folland@btlaw.com
*Attorneys for Defendant the Board of Regents of the University of Michigan*

*/s/ Nadja Yang* (with permission given to Robert C. Folland via email)
Nadja Yang (Pro se)
200 E. Liberty St. Lbby., Unit 7760
Ann Arbor, MI 48107
Phone: (332) 203-3124
nadja@njy.dev