**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| United States of America *ex rel.* Nadja Yang, | ) | CASE NO. 2:26-cv-11373-MAG-DRG |
| Plaintiff, | ) | HON. JUDGE MARK A. GOLDSMITH |
| v. | ) | HON. MAGISTRATE JUDGE DAVID R. GRAND |
| The Regents of the University of Michigan, et al. | ) | |
| Defendants. | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 26, 2026, I electronically filed: *Defendant The Regents of the University of Michigan's Motion to Dismiss Plaintiff's Complaint* with the Clerk of Court by using the CM/ECF system, which will send notification of such filing to all parties that have appeared in this matter. I also certify that I have served a copy of the foregoing by email on the following party, pursuant to written agreement under Fed. R. Civ. P. 5(b)(2)(E):

Nadja Yang
nadja@njy.dev

*<u>/s/ Lisa D. Starks</u>*
Lisa D. Starks (P-78128)
**Barnes & Thornburg LLP**
171 Monroe Ave. NW, Ste. 1000

Grand Rapids, MI 49503
Phone: (260) 425-4627
Facsimile: (260) 424-8316
Lisa.Starks@btlaw.com

*/s/ Robert C. Folland*
Robert C. Folland (Ohio Bar No. 0065728)
**Barnes & Thornburg LLP**
41 S. High St., Ste. 3300
Columbus, OH 43215
Phone: (614) 628-0096
Facsimile: (614) 628-1433
Rob.Folland@btlaw.com
*Attorneys for Defendant The Regents of the University of Michigan*